

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:  01-16-00297-CV

Trial Court Cause
Number:  1071453

Style:  Joe  Shields

**v**  Ultimate Vacation Group LLC d/b/a Royal Bahamas Cruise Line

Date motion filed*:  October 28, 2016

Type of motion:  Appellant's Request to Take Judicial Notice

Party filing motion:  Appellant Joe Shields

Document to be filed:

Is appeal accelerated? ☒ YES  ☐ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Justice Michael Massengale
        ☐ Acting individually    ☒ Acting for the Court

Panel consists of  Justices Jennings, Higley, and Massengale

Date: April 13, 2017